1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| 12 13 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 16 | *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | *Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB) | |
| 18 19 | *Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB) | |
| 20 | *Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB) | |
| 21 22 | *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB) | |
| 23 | *Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB) | |
| 24 25 | *Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB) | |
| 26 | *David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB) | |
| 27 28 | *Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | |

-1-

1  *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
2  (06-2605 CRB)

   *Ozzie Jackson vs. Pfizer Inc, et al.*
3  (06-2274 CRB)

4  *Ronald Jacoby vs. Pfizer Inc, et al.*
   (07-4689 CRB)
5
   *Kathy Jewell vs. Pfizer Inc, et al.*
6  (07-1355 CRB)

7  *Dorothy Johnson vs. Pfizer Inc, et al.*
   (06-5039 CRB)
8
   *Billie Jean Johnstone vs. G.D. Searle LLC, et
9  al.*
   (07-4549 CRB)
10
   *John R. Jones vs. Pfizer Inc, et al.*
11 (06-3899 CRB)

12 *Sylvester Jones vs. G.D. Searle LLC, et al.*
   (07-4550 CRB)
13
   *Robert K. Kiser II vs. Pfizer Inc, et al.*
14 (06-4104 CRB)

15 *Frank Klinger vs. G.D. Searle LLC, et al.*
   (05-4739 CRB)
16
   *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
17 (08-2149 CRB)

18 *Vasudev Kulkarni vs. Pfizer Inc, et al.*
   (07-1528 CRB)
19
   *Bertha R. Lacy vs. Pfizer Inc, et al.*
20 (06-7383 CRB)

21 *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et
   al.*
22 (08-1856 CRB)

23 *Thomas Lauer vs. Pfizer Inc, et al.*
   (08-2854 CRB)
24
   *Barbara Laver vs. Pfizer Inc, et al.*
25 (08-3705 CRB)

26 *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
   (06-7631 CRB)
27
   *Vickie L. Lewis vs. Pfizer Inc, et al.*
28 (06-4284 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1. *Robert L. Lippincott vs. Pfizer Inc, et al.*
2. (07-5018 CRB)
3. *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)
4.
   *Norma Matthias vs. Pfizer Inc, et al.*
5. (06-7632 CRB)
6. *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)
7.
   *William D. McCluskey vs. Merck & Co. Inc, et
8. al.*
   (07-3342 CRB)
9.
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10. (05-4738 CRB)
11. *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
    (07-1317 CRB)
12.
    *Vince Mejer vs. Pfizer Inc, et al.*
13. (07-0237 CRB)
14. *James Byron McVay vs. Pfizer Inc, et al.*
    (07-0861 CRB)
15.
    *Alfred Melton vs. Pfizer Inc, et al.*
16. (06-2745 CRB)
17. *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)
18.
    *Wilmer Merriweather vs. G.D. Searle LLC, et
19. al.*
    (05-4452 CRB)
20.
    *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21. (06-6588 CRB)
22. *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)
23.
    *Linda Mirza vs. Pfizer Inc, et al.*
24. (06-3818 CRB)
25. *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)
26.
    *Henry C. Morris vs. Pfizer Inc, et al.*
27. (06-3686 CRB)
28. *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3

4  *Ed Narke vs. Pfizer Inc, et al.*
   (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

6

7  *Rosa M. Nelson vs. Pfizer Inc, et al.*
   (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

9

10 *Floyd Odom vs. Pfizer Inc, et al.*
   (07-5885 CRB)

11 *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-4372 CRB)

12

13 *Mary Osteen vs. Pfizer Inc, et al.*
   (06-6928 CRB)

14 *Elvis Owens, et al. vs. Pfizer Inc, et al.*
   (06-5002 CRB)

15

16 *James Curtis Owens vs. Pfizer Inc, et al.*
   (06-1669 CRB)

17 *Marvin Palmer vs. Pfizer Inc, et al.*
   (06-6499 CRB)

18

19 *Albert Pearson vs. G.D. Searle LLC, et al.*
   (05-4455 CRB)

20 *R.V. Perkins vs. Pfizer Inc, et al.*
   (08-3699 CRB)

21

22 *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
   (05-4492 CRB)

23 *Kirk Redenius vs. Pfizer Inc, et al.*
   (06-4901 CRB)

24

25 *Linda Redinger vs. Pfizer Inc, et al.*
   (07-0454 CRB)

26 *Tammy L. Ribble vs. Pfizer Inc, et al.*
   (06-7283 CRB)

27

28 *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
   (06-6114 CRB)

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16 2009    By: *[signature]*

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009    *[signature]*
Hon. Charles R. Breyer
United States District Court

-5-